```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 05549
   TAQUITA M GARTHRITE
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-7386


-----------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 05/15/06 and confirmed on 08/29/06.

   2.  The case was dismissed after confirmation, 08/31/2007.

   3.  The Debtor paid a total of $   3287.00 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AT&T MOBILITY LLC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 644.96 | .00 | 24.96 |
| CERTEGY PAYMENT RECOVERY | UNSECURED | NOT FILED | .00 | .00 |
| COLLECT AMERICA | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | 777.24 | .00 | 30.09 |
| GLOBAL PAYMENTS | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 427.18 | .00 | 16.53 |
| HARVARD COLLECTION SERVI | UNSECURED | NOT FILED | .00 | .00 |
| CREDIT PROTECTION ASSOC | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| JEWEL FOOD STORES INC | UNSECURED | 1602.27 | .00 | 62.02 |
| AAA COLLECTIONS INC | UNSECURED | NOT FILED | .00 | .00 |
| IC SYSTEMS | UNSECURED | NOT FILED | .00 | .00 |
| MEDICAL PAYMENT DATA | UNSECURED | NOT FILED | .00 | .00 |
| MANTEL MOT | UNSECURED | NOT FILED | .00 | .00 |
| NEWPORT NEWS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 6647.96 | .00 | 257.35 |
| SEARS BKRUPTCY RCVRY MGM | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 1471.93 | .00 | 56.98 |
| TCF BANK | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | PRIORITY | NOT FILED | .00 | .00 |
| NATIONAL CAPITAL MANAGEM | UNSECURED | 743.44 | .00 | 28.78 |

         Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | 12314.98 | .00 | 12314.98 |

```
PRINCIPAL PAID                    .00         .00      476.71         .00      476.71
INTEREST PAID                     .00         .00         .00         .00         .00
TOTAL PAID                        .00         .00      476.71         .00      476.71
```

The Debtor's attorney, JOHN C DENT                       , was allowed $   3000.00
and was paid $    300.00   direct and $   2700.00   through the plan.

The Trustee received $     110.29 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 11/15/07                    /S/
                                        GLENN STEARNS
                                      CHAPTER 13 TRUSTEE